**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES, | No. CR 09-70245 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 8] |
| TAWONNA DELDRIDGE, | |
| Defendant. | |

The hearing on the Government's Appeal of Magistrate's Pre-trial Release Order for Defendant Tawonna Deldridge, scheduled for March 24, 2009, at 11:00 a.m., is CONTINUED to March 26, 2009, at 1:00 p.m.

IT IS SO ORDERED.

DATE: 3/23/19

Saundra Brown Armstrong
United States District Judge